BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00064-TLN-KJN |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $27,353.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Alen Alesevic ("claimant"), by and through their respective counsel, as follows:

1.      On or about April 4, 2013, claimant Alen Alesevic filed a claim in the administrative forfeiture proceeding with the U.S. Drug Enforcement Administration with respect to the Approximately $27,353.00 in U.S. Currency (hereafter "defendant currency"), which was seized on February 12, 2013.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was July 3, 2013.

4.     By Stipulation and Order filed July 2, 2013, the parties stipulated to extend to August 2, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed July 31, 2013, the parties stipulated to extend to August 23, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to September 23, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///
///

2

1  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

2  alleging that the defendant currency is subject to forfeiture shall be extended to September 23, 2013.

3  Dated:  8/20/2013                                    BENJAMIN B. WAGNER
                                                        United States Attorney
4

5
                                            By:    /s/ Kevin C. Khasigian
6                                                  KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney
7

8
   Dated:  8/20/2013                                   /s/ Justin L. Ward
9                                                      JUSTIN L. WARD
                                                       Attorney for claimant
10                                                     Alen Alesevic

11                                                     (Signature authorized by telephone)

12

13         **IT IS SO ORDERED**.

14  Dated: August 21, 2013

15

16                                                 Troy L. Nunley
                                                   United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

                                                   Stipulation and Order to Extend Time